

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,568

### EX PARTE MICHAEL BRANDON REID, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 6381-B IN THE DISTRICT COURT
### FROM HASKELL COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of manufacture and delivery of a controlled substance and sentenced to twenty years' imprisonment. He did not appeal his conviction.

Applicant contends that his conviction was in violation of his right to due process. The State and the trial court agree that Applicant is entitled to relief.

Relief is granted. The judgment in Cause No. 6381 in the 39th Judicial District Court of

Haskell County is set aside, and Applicant is remanded to the custody of the sheriff of Haskell County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 25, 2011
Do Not Publish